HERMAN ROSITSKE, Respondent, *v.* GEORGE W. MEYER, Individually and as Executor of SOPHIA MEYER, Deceased, et al., Appellants.

*Rositske v. Meyer*, 176 App. Div. 193, appeal dismissed.

(Submitted May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a final judgment entered September 24, 1917, after affirmance by the

Appellate Division of the Supreme Court in the second judicial department of an interlocutory judgment of Special Term in an action to compel an executor to account and to establish a debt and compel payment of the same.

The motion was made upon the ground that the appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*C. Elmer Spedick* for motion.

*Sydney A. Syme* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.